UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2025 AUG 12 P 3: 23

CLERK OF COURT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM A. JUSLEN,

        Defendant.

Case No. **25-CR-156**

[18 U.S.C. §§ 2252A(a)(5)(B) & 2252A(b)(2)]

**Green Bay Division**

---

# INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1.    On or about April 27, 2023, in the State and Eastern District of Wisconsin,

**ADAM A. JUSLEN**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2.    The child pornography possessed by the defendant included files identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| Image_2-228202 | This image depicts a naked prepubescent female child who appears to be under the age of 6 years old. The child's breasts are visible, and her legs are separated to expose her vagina. |
| Image_2-228204 | This image depicts a naked prepubescent female child who appears to be under the age of 8 years old. The child's breasts |

| Partial File Name | Description |
|---|---|
|  | and vagina are exposed. An adult female appears to be performing oral sex on the prepubescent female. A second naked prepubescent child is also depicted, and she appears to be under the age of 8 years old. The second child is depicted lying on her stomach with her anus exposed, performing oral sex on an adult female. |
| Image_2-2282205 | This image depicts two naked prepubescent children who appear to be under the age of 8 years old. One child is depicted inserting beads into the other child's anus. Two adult females are also depicted. |

3.     On or about March 27, 2015, the defendant was convicted in Waushara County case number 14CF54 of possession of child pornography, in violation of Wis. Stat. § 948.12(1m).

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

2

## **FORFEITURE NOTICE**

Upon conviction, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offense.

A TRUE BILL:

FOREPERSON

Dated: 8-12-25

RICHARD G. FROHLING
Acting United States Attorney

3